IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00164-EWN-CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL MCCLENTON,
GLORIA JAMES,
EULUS DENNIS,
SUNDANZ WASHINGTON, and
ALTON SMITH,

     Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
THE CITY AND COUNTY OF DENVER,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     Consistent with the Court's rulings from the bench during the hearing on July 5, 2005, it is hereby **ORDERED** that Defendants' Motion to Compel Discovery (filed June 20, 2005) is **DENIED**, without prejudice. It is further

     **ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Discovery (filed June 17, 2005) is **GRANTED**. The deadline for Plaintiffs to submit their Responses to outstanding Interrogatories is extended to no later than **July 12, 2005**. It is further

     **ORDERED** that Plaintiffs' Motion to Withdraw (filed June 17, 2005) is **GRANTED**. Attorney McReynolds is relieved of any further representation of Plaintiffs in the above

captioned action.  The Clerk of the Court is instructed to modify the NEF to reflect Plaintiffs current *pro se* status and their updated addresses as listed in the courtroom minutes of July 5, 2005.  It is further

**ORDERED** that a status conference has been set for **July 14, 2005, at 11:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**        July 5, 2005