IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00164–EWN–CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL McCLENTON,
GLORIA JAMES,
EULUS DENNIS,
SUNDANZ WASHINGTON, and
ALTON SMITH,

    Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
the CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion to Dismiss With Prejudice" (Document 27) filed July 20, 2005. The court having read the stipulated motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that any and all claims brought by Plaintiff Sundanz Washington against the Defendants are DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  20  day of July, 2005.

                                BY THE COURT:

                                s/Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge