IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00164-EWN-CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL MCCLENTON,
GLORIA JAMES,
EULUS DENNIS,
and
ALTON SMITH,

      Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
THE CITY AND COUNTY OF DENVER,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Consistent with the Court's rulings from the bench during the hearing on July 28, 2005, it is hereby **ORDERED** that Defendants' Motion to Compel Plaintiffs Freeman and James to Answer Interrogatories (filed July 22, 2005) is **GRANTED in Part and DENIED in Part.** The Motion is GRANTED to the extent Plaintiffs Freeman and James must supplement their responses to Interrogatories 1(c) and 2(c) by close of business **July 29, 2005.** The Motion is DENIED to the extent Defendant seeks costs and fees.
It is further

      **ORDERED** that Plaintiffs' Motion for Protective Order (filed July 22, 2005) is **GRANTED** to the extent the Court will bar any depositions scheduled this week.   It is further

**ORDERED** that the Settlement Conference remains set for **August 05, 2005, at 9:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Parties participating in ECF shall e-mail a Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov** on or before **5:00 p.m. (Mountain Time) on August 02, 2005**. This statement shall briefly outline the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client.

Attorneys and/or *pro se* parties not participating in ECF shall submit a single copy of their confidential settlement statement, on paper and marked "Personal and Confidential," either by hand delivery to the Clerk's Office or mailed directly to Magistrate Judge Shaffer at 901 19th Street, Denver, Colorado 80294.

**DATED:**        July 28, 2005