IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00164-EWN-CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL MCCLENTON,
GLORIA JAMES,
EULUS DENNIS,
and
ALTON SMITH,

      Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
THE CITY AND COUNTY OF DENVER,

      Defendants.

## ORDER ON PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

Magistrate Judge Craig B. Shaffer

      THIS MATTER comes before the court on the Motion to Amend Scheduling Order filed by Plaintiffs Freeman, McClenton, James and Dennis on July 29, 2005 (doc. no. 34). The court has carefully considered the arguments raised in this motion, as well as the Response filed by Defendants on August 18, 2005, and Plaintiffs' Reply dated August 19, 2005. With the consent of the District Court and in light of the particular circumstances of this case, I find good cause for

an extension of some pretrial deadlines in this case.  However, I cannot overlook the lack of diligence exhibited by Plaintiffs' former counsel and for that reason will not afford all of the relief sought in Plaintiffs' pending motion.  According, the following deadlines will be extended in this case:

>Dispositive motion deadline – November 4, 2005
>
>Designation of Affirmative Experts – September 16, 2005
>
>Designation of Rebuttal Experts – October 17, 2005
>
>Deadline for completion of Fact Discovery – September 30, 2005
>
>Deadline for completion of Expert Discovery – October 31, 2005.

The deadline for joining parties and amending pleading will remain unchanged.  The court further warns that **no additional extensions of discovery or dispositive motion deadlines will be granted for any reason**.

DATED at Denver, Colorado, this 22nd day of August, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge