IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00164-EWN-CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL MCCLENTON,
GLORIA JAMES,
EULUS DENNIS,
and
ALTON SMITH,

    Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    In light of representations made in Plaintiffs' Response to Motion to Quash and for Protective Order (Filed October 11, 2005; *doc. no. 44*) the motions hearing set for October 13, 2005, is **VACATED**. It is further

    **ORDERED** that Deponent Randolph Martinez's Motion to Quash Subpoena and for Protective Order (fled September 29, 2005; *doc. no. 41)* is **DENIED**, without prejudice, as withdrawn.

**DATED:**    October 11, 2005