IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00164-EWN-CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL MCCLENTON,
GLORIA JAMES,
EULUS DENNIS,
and
ALTON SMITH,

      Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
THE CITY AND COUNTY OF DENVER,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Clarification (*doc. no. 116*) is **GRANTED**. The Court's Order of October 26, 2006, does not require payment by Plaintiffs' of the duplicated deposition transcript cost in the amount of $734.58.

**DATED:**      November 7, 2006