IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00164-EWN-CBS

CLYDE FREEMAN,
ESTHER LEWIS,
CHERYL MCCLENTON,
GLORIA JAMES,
EULUS DENNIS,
and
ALTON SMITH,

      Plaintiffs,

v.

ROXANE WHITE,
THE DENVER DEPARTMENT OF HUMAN SERVICES, and
THE CITY AND COUNTY OF DENVER,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion to Withdraw Motion for Sanctions (*doc. no. 122)* is **GRANTED**.

      IT IS FURTHER ORDERED that Defendants' Motion for Sanctions Pursuant to 28 U.S.C. § 1927 (*doc. no. 94)* is **DENIED** as withdrawn.

      IT IS FURTHER ORDERED that the motions hearing set for December 19, 2006, is **VACATED**.

**DATED:**     November 14, 2006